# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McEwen, Catherine P. | Bankruptcy Court, M. Dist. Fla | 07/20/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

801 N. Florida Avenue
Suite 854
Tampa, Florida 33602-3899

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Past president/sole board member. | Catherine Peek McEwen, P.A. (administratively dissolved) |
| 2. | Advisory Board Member | Salesian Youth Center (charitable organization) |
| 3. | Board member | Hillsborough Association for Women Lawyers |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | June 2015 | Western Michigan University Cooley Law School and I have orally agreed that I will teach one course every other semester, subject to Eleventh Circuit approval. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9/2014 | Western Michigan University Cooley Law School | $4,125.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | 1/22-23/2014 | Orlando, FL | Business Law Section Mid-Year Meeting | Lodging, ground transportation, meals. |
| 2. | National Conference of Bankruptcy Judges | 4/6-8/2014 | Kansas City, MO | Mid-Year Meeting | Air fare, lodging, ground transportation, tips, parking, and meals. |
| 3. | The Florida Bar | 6/25-27/2014 | Orlando, FL | Annual meeting | Air fare, lodging, ground transportation, tips, parking, and meals. |
| 4. | The Florida Bar | 8/29-9/1/2014 | Naples, FL | Business Law Section retreat | Mileage, lodging, and meals. |
| 5. | National Conference of Bankruptcy Judges | 9/16-18/2014 | Washington, D.C. | Congressional reception | Air fare, lodging, ground transportation, tips, parking, and meals. |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | National Conference of Bankruptcy Judges | 10/7-11/2014 | Chicago, IL | Annual meeting | Air fare, ground transportation, lodging, |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Tampa Bay Bankruptcy Bar Association | Dues waiver ($85); regular lunches (8)//holiday party (est.)/pizza luncheons (est.). | $475.00 |
| 2. | American Bankruptcy Institute | Comp'd meals included in waived regis. fees, gift basket (est.) (two seminars) | $390.00 |
| 3. | The Florida Bar | Comp'd meals (est.) waived registration fees (three meetings, one seminar). | $1,292.00 |
| 4. | Richard Harrison | Two tickets to Tampa Bay Rays Summer Social | $500.00 |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank DDA/CD/Savings/MMA Accounts | A | Interest | K | T | | | | | |
| 2. State Farm Bank Account | A | Interest | J | T | | | | | |
| 3. State Farm Life Ins. Co. Var. Deferred Annuity (ROTH IRA) | A | Interest | J | T | | | | | |
| 4. AXA IRA (H) (5-18 BELOW) | | | | | | | | | |
| 5. TEMPLETON GLOBAL BOND FUND CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 6. OPPENHEIMER INTERNATIONAL DIVERSIFIED CL Y | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 7. PIMCO INCOME CL P | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 8. FIDELITY ADVISOR LEVERAGED COMPANY STOCK CL A | A | Dividend | | | Sold | 10/02/14 | J | B | |
| 9. FRANKLIN RISING DIVIDEND CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 10. GABELLI EQUITY INCOME CL AAA | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 11. INVESCO GLOBAL REAL ESTATE INCOME CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 12. DELAWARE DIVERSIFIED INCOME CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 13. OPPENHEIMER INTERNATIONAL DIVERSIFIED FUND CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 14. ALLIANCEBERNSTEIN HIGH INCOME FUND CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 15. INVESCO SELECT COMPANIES CL A | | None | | | Sold | 10/02/14 | J | A | |
| 16. INVESCO BALANCED RISK ALLOCATION CL A | A | Dividend | | | Sold | 10/02/14 | J | A | |
| 17. FIDELITY ADVISORS GROWTH OPPORTUNITY FUND CL A | | None | | | Sold | 10/02/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. PUTNAM ABSOLUTE RETURN 700 CL B | | None | | | Sold | 11/25/14 | K | C | |
| 19. JP MORGAN GOV'T MM FUND | A | Interest | | | Closed | 10/02/14 | J | A | |
| 20. SCHWAB IRA (H) (20-46 BELOW) | | | | | | | | | |
| 21. FCG | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 22. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 23. BOND | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 24. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 25. DWX | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 26. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 27. MOAT | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 28. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 29. STPZ | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 30. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 31. BND | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 32. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 33. VTI | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 34. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. VB | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 36. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 37. VWO | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 38. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 39. VEA | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 40. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 41. DFJ | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 42. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 43. ELD | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 44. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 45. AGZD | A | Dividend | J | T | Buy | 10/03/14 | J | | |
| 46. " | A | Dividend | J | T | Buy (add'l) | 12/02/14 | J | | |
| 47. AMERIPRISE IRA (RIVERSOURCE) (H) (48-56 BELOW) | | | | | | | | | |
| 48. ALLBERN VPS INTL VAL | A | Dividend | K | T | | | | | |
| 49. FID VIP CONTRAFD CL 2 | A | Dividend | K | T | | | | | |
| 50. FID VIP MID CAP CL 2 | A | Dividend | K | T | | | | | |
| 51. COL VP DIVND OPP CL 3 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. COL VP MID CAP VAL CL 3 | A | Dividend | K | T | | | | | |
| 53. WANGER USA | A | Dividend | K | T | | | | | |
| 54. WANGER INTERNATIONAL | A | Dividend | K | T | | | | | |
| 55. FT VIP SMALL CAP VALUE | A | Dividend | K | T | | | | | |
| 56. OPPENHEIMER GLBL STRATEGIC | A | Dividend | K | T | | | | | |
| 57. FLORIDA PREPAID TUITION PLAN FOR ▧ | | None | | | Distributed | 09/27/14 | J | | ▧ |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McEwen, Catherine P. | 07/20/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.

No. 57: Pursuant to privacy recommendations, I have used the initials of the minors for whom I purchased these plans.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine P. McEwen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544